IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William DeWitt, Jr., | Case No. 3:10 CV 1312 |
| Petitioner, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Jesse Williams, | |
| Respondent. | |

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed July 17, 2012 (Doc. 13).  The R&R recommends this Court deny the Petition because, under 28 U.S.C. § 2254(d), the state court's decision was not an unreasonable application of clearly established federal law, and because Petitioner's other claims are procedurally defaulted (Doc. 13 at 2).

Under 28 U.S.C. § 636(b)(1), this Court makes a *de novo* determination of objections to the R&R filed within fourteen (14) days.  The failure to file timely objections constitutes a waiver of *de novo* review.  *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Petitioner's deadline for filing objections was July 31, 2012.  No objections have been filed.  The R&R accurately states the facts and law, and is adopted in its entirety.  Accordingly, the Petition is denied and this action is dismissed pursuant to 28 U.S.C. §2243.  Further, because Petitioner has not made a substantial showing of the denial of a constitutional right, this Court finds no basis to issue a certificate of appealability.  28 U.S.C. § 2253.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

August 6, 2012